# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 13-13203-ELF

STACY  WALKER-WILLIAMS

7905 HIDDEN LN

ELKINS PARK, PA 19027

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

STACY  WALKER-WILLIAMS

7905 HIDDEN LN

ELKINS PARK, PA 19027

Counsel for debtor(s), by electronic notice only.

    ERIK B JENSEN, P.C.
    1528 WALNUT ST
    SUITE 1401
    PHILA, PA 19102-

Date: 9/29/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee