United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-13203-elf
Stacy Walker-Williams                                                 Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP            Page 1 of 2              Date Rcvd: Dec 20, 2016
                              Form ID: pdf900        Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2016.
```
db            +Stacy Walker-Williams,    7905 Hidden Ln.,    Elkins Park, PA 19027-1103
cr            +NCEP, LLC by AIS Data Services, LP as agent,     PO Box 165028,    Irving, TX 75016-5028
cr            +Santander Consumer USA, Inc.,    P.O. Box 660633,    Dallas, TX 75266-0633
13019350      +Acs Inc,    Attn: Bankruptcy,    PO Box 56317,    Philadelphia, PA 19130-6317
13019351      +American Express,    American Express Special Research,    PO Box 981540,
                El Paso, TX 79998-1540
13019352       American Express,    PO Box 36001,    Ft. Laueredale   , FL 3336-0001
13122917       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13019354      +Chase,    Po Box 24696,    Columbus, OH 43224-0696
13019356      +Crd Prt Asso,    Attn: Bankruptcy,    PO Box 802068,    Dallas, TX 75380-2068
13411021      +Deutsche Bank National Trust Company, a,     Serviced by Select Portfolio Servicing,,
                3815 South West Temple,    Salt Lake City, UT 84115-4412
13019358      +Erik B. Jensen P.C.,     1528 Walnut Street,    Suite 1401,    Philadelphia, PA 19102-3610
13019355     ++FIRST FINANCIAL RESOUCES INC,    1 CLARKS HILL,    SUITE 302,    FRAMINGHAM MA 01702-8172
              (address filed with court: Collection/First Financial Resources,     209 West Central St,
                Suite 107,    Natick, MA 01760)
13019359      +Home Comings Financial / GMAC Mortgage,     Attention: Bankruptcy Dept,    1100 Virginia Drive,
                Fort Washington, PA 19034-3204
13019360      +Hsbc/mscpi,    Po Box 9068,    Brandon, FL 33509-9068
13019361       Kappa Alpha Psi,    2322-24 North Broad Street,     Philadelphia, PA 19132-4590
13462223      +NCEP, LLC,    P.O. Box 165028,    Irving, TX 75016-5028
13351094       OCWEN LOAN SERVICING, LLC,    ATTN: BANKRUPTCY DEPARTMENT,     P.O. BOX 24605,
                WEST PALM BEACH, FLORIDA 33416-4605
13019363      +PNC Bank,    Consumer Loan Center,    Mailstop, P5-PCLC-02-R,    2730 Liberty Avenue,
                Pittsburgh, PA 15222-4704
13022501      +Santander Consumer USA,    Po Box 560284,    Dallas, TX 75356-0284
13019364      +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
13034835      +U.S. BANK NATIONAL ASSOCIATION et al,     c/o JOSHUA ISAAC GOLDMAN,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13133244      +U.S. Bank National Association, as Trustee for Res,     Ocwen Loan Servicing, LLC,
                1100 Virginia Drive, Ste. 175,    Fort Washington, PA 19034-3204,    Attn: Bankruptcy Department
13133242      +U.S. Bank National Association, as Trustee for Res,     c/o Ocwen Loan Servicing, LLC,
                1100 Virginia Drive, Ste. 175,    Fort Washington, PA 19034-3204
13161459       US Department of Education,    P O Box 16448,    St Paul, MN 55116-0448
13048240       US Dept of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
13019365      +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860
13019366      +Usdoe/glelsi,    2401 International,    Madison, WI 53704-3121
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Dec 21 2016 02:18:53     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 21 2016 02:18:46      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/Text: pseymour@apexmtg.com Dec 21 2016 02:18:06      Apex Mortgage Corporation,
                1300 Virginia Drve,    Suite 400,   Fort Washington, PA 19034-3210
cr             E-mail/Text: bankruptcy@phila.gov Dec 21 2016 02:18:52     City of Philadelphia,
                Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr             E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 02:09:24     GE Capital Retail Bank,
                c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
13019353      +E-mail/Text: pseymour@apexmtg.com Dec 21 2016 02:18:06      Apex Mortgage Corp.,
                1300 Virginia Drive,    Suite 400,   Fort Washington, NJ 19034-3210
13051585       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2016 02:09:27
                Ashley Funding Services, LLC its successors and,     assigns as assignee of Laboratory,
                Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
13124850       E-mail/Text: bankruptcy@phila.gov Dec 21 2016 02:18:52     City of Philadelphia Law Department,
                Tax Unit - Bankruptcy,    Municipal Services Building,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA 19102-1595
13019357      +E-mail/Text: bknotice@erccollections.com Dec 21 2016 02:18:35      Enhanced Recovery Corp,
                Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13467519      +E-mail/PDF: AIS.credigy.ebn@americaninfosource.com Dec 21 2016 02:09:27      NCEP, LLC,
                by AIS Data Services, LP as agent,    PO Box 4138,   Houston, TX 77210-4138
13019362      +E-mail/Text: bankruptcydepartment@tsico.com Dec 21 2016 02:19:07      Nco Fin /99,
                Po Box 15636,   Wilmington, DE 19850-5636
13029511       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2016 02:18:21
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA 17128-0946
13033357       E-mail/PDF: rmscedi@recoverycorp.com Dec 21 2016 02:09:26
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 13
```

```
District/off: 0313-2          User: PaulP               Page 2 of 2                  Date Rcvd: Dec 20, 2016
                              Form ID: pdf900           Total Noticed: 40

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA 17128-0946
cr*          +NCEP, LLC,    P.O. Box 165028,   Irving, TX 75016-5028
cr          ##+SELECT PORTFOLIO SERVICING, INC, SERVICING AGENT F,   3815 South West Temple,
              Salt Lake City, UT 84115-4412
                                                                                              TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2016 at the address(es) listed below:
```
              ANN E. SWARTZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               ecfmail@mwc-law.com, ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               ecfmail@mwc-law.com
              DANIEL L. REINGANUM    on behalf of Creditor    Apex Mortgage Corporation dreinganum@MPADLaw.com,
               kgresh@mpadlaw.com;htherrien@mpadlaw.com;jhughes@mpadlaw.com
              ERIK B. JENSEN    on behalf of Debtor Stacy  Walker-Williams john@erikjensenlaw.com,
               regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, et al
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN T MCQUAIL    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               ecfmail@mwc-law.com
              KIMBERLY A. BONNER    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for
               MORGAN STANLEY ABS CAPITAL I INC. TRUST 2005-HE7, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2005-HE7 amps@manleydeas.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, as
               Trustee for MORGAN STANLEY ABS CAPITAL I INC. TRUST 2005-HE7, MORTGAGE PASS-THROUGH CERTIFICATES,
               SERIES 2005-HE7 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              NICHOLAS J. LAMBERTI    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              SHERRI J. BRAUNSTEIN    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee
               for MORGAN STANLEY ABS CAPITAL I INC. TRUST 2005-HE7, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2005-HE7 sbraunstein@udren.com, vbarber@udren.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, et al
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc.
               mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                                               TOTAL: 16
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STACY  WALKER-WILLIAMS                          Chapter 13

                        Debtor          Bankruptcy No. 13-13203-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: December 20, 2016** _____
                             Eric L. Frank
                             ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ERIK B JENSEN, P.C.
1528 WALNUT ST
SUITE 1401
PHILA, PA 19102-


Debtor:
STACY  WALKER-WILLIAMS

7905 HIDDEN LN

ELKINS PARK, PA 19027